ARC NYWWPJV001, LLC v WWP JV LLC (2025 NY Slip Op 05568)

ARC NYWWPJV001, LLC v WWP JV LLC

2025 NY Slip Op 05568

Decided on October 09, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 09, 2025

Before: Kern, J.P., Friedman, Kapnick, Gesmer, Rodriguez, JJ. 

Index No. 654977/22|Appeal No. 4900|Case No. 2025-00798|

[*1]ARC NYWWPJV001, LLC, etc., Plaintiff-Respondent,
v
WWP JV LLC, etc., Defendant-Appellant.
WWP JV LLC, Counterclaim Plaintiff-Appellant,
v
ARC NYWWPJV001, LLC, et al., Counterclaim Defendants-Respondents. [And a Third-Party Action]

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Joel M. Cohen, J.), entered on or about February 05, 2025,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated September 17, 2025,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: October 9, 2025